## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. NAGY, and JOSEPH E. NAGY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, and ELIANA MCGRATH,<br><br>　　　　　　Defendants. | CIVIL ACTION<br><br>No. 11-7104 |

## ORDER

**AND NOW**, this 21st day of May, 2012, upon consideration of defendant Wells Fargo Bank, N.A.'s January 12, 2012, Motion to Dismiss Plaintiffs' Complaint or Transfer Venue (Docket No. 2), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART**, and this case is hereby **TRANSFERRED** pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Northern District of Texas.

BY THE COURT:

<u>S/Gene E.K. Pratter</u>
Gene E.K. Pratter
United States District Judge