**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSEPH A. NAGY, et al.,** | § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § § | **Civil Action No. 3:12-cv-1934-O** |
| **WELLS FARGO BANK, N.A., et al.,** | § § § | |
| **Defendants.** | § § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiffs filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Plaintiffs' objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

It is therefore **ORDERED** that all of Plaintiffs' federal claims are **DISMISSED with prejudice** and that Plaintiffs' state law claims are **DISMISSED without prejudice** to filing same in state court. Additionally, Plaintiffs' pending motions (Docs. 5, 13-16, 34-36) and Defendant Wells Fargo's motion for leave to file an amended motion to dismiss (Doc. 37) are **DENIED AS MOOT**. Finally, Plaintiffs, in light of their litigation history, are on notice that if they persist in

filing lawsuits that fail to state a claim or over which the Court lacks subject matter jurisdiction, the

Court may take corrective action.  *See* Fed. R. Civ. P. 11(b)(2), (c)(1).

**SO ORDERED** on this **6th day** of **November, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**